**88-650.** Parma v. Pub. Util. Comm. Appeal from the Public Utilities Commission of Ohio, No. 87-31-GAGCR. On joint motion for stay. Motion granted.

Wednesday, July 13, 1988

## MERIT DOCKET

**86-1707.** Wilmington Green v. Clinton Cty. Bd. of Revision. Appeal from the Board of Tax Appeals, Nos. 84-A-874, 85-F-611, 84-A-875 and 85-B-612. On joint motion for remand. Motion granted.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-124.** State, ex rel. Seals, v. Bowers. In Mandamus. On motion for findings of fact and conclusions of law. *Sua sponte,* cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes and H. Brown, JJ., concur.

Douglas and Wright, JJ., would deny the motion.

**88-378.** Pride v. Letts. In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-417.** State, ex rel. Seals, v. Spahr. In Mandamus. On motion for findings of fact and conclusions of law. *Sua sponte,* cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes and H. Brown, JJ., concur.

Douglas and Wright, JJ., would deny the motion.

**88-680.** Southers v. Franklin County Court of Common Pleas. In Mandamus. *Sua sponte,* cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-708.** Monroe v. Ohio Parole Authority. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-759.** State, ex rel. Williams, v. Handwork. In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-766.** Smith v. Stickrath. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-825.** State, ex rel. Stevenson, v. Judges, Ninth District Court of Appeals. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-907.** Favors v. Spicer. In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-980.** State, ex rel. Pinkava, v. Eighth District Court of Appeals. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.